

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00198-CV

Maggie K. Scalf, William S. Scalf, II, Stephanie Kraus, Robert J. Kraus, Dennis W. Herd, Samuel Schiller, Denice Yvonne Cullum, Alvin Rogers, and Jeffrey Elder

v.

Azia Noorani

On Appeal from the
16th District Court of Denton County, Texas
Trial Court Cause No. 20-1566-16

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 30, 2022